UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASE NO. 3:12-cv-777-J-12JRK

1995 FORD F800 TRUCK, WHITE
IN COLOR, VIN 1FDPF80C8SVA69509,
FLORIDA LICENSE PLATE F598LR,
WITH AN ALTEC HIGH-RISE BOOM AND
BUCKET, REGISTERED IN THE NAME
OF APEX SIGN BUILDERS CORPORATION,

and

2003 CHEVROLET SILVERADO
C3500 FLATBED TRUCK, WHITE IN
COLOR, VIN 1GBJC34U73E154453,
FLORIDA LICENSE PLATE 5847GG,
REGISTERED IN THE NAME OF APEX
SIGN BUILDERS CORPORATION OR
PATRICIA RANDAZZO,

Defendants.

_____

## DEFAULT JUDGMENT OF FORFEITURE

This cause comes before the Court upon the United States' Motion for

Default Judgment of Forfeiture (Doc. 13).

On July 9, 2012, the United States filed a Verified Complaint for Forfeiture

*In Rem* (Doc. 1) seeking to forfeit the following:

> a 1995 Ford F800 Truck, white in color, VIN 1FDPF80C8SVA69509,
> Florida License Plate F598LR, with an Altec High-Rise Boom and
> Bucket, registered in the Name of Apex Sign Builders Corporation;

and

a 2003 Chevrolet Silverado C3500 Flatbed Truck, white in color,
VIN 1GBJC34U73E154453, Florida License Plate 5847GG,
Registered in the Name of Apex Sign Builders Corporation or Patricia
Randazzo,

(defendant Ford and defendant Chevrolet).  The Complaint alleges that the

defendant Ford and defendant Chevrolet are subject to forfeiture pursuant to the

provisions of 18 U.S.C. § 2323, as the defendant vehicles were used to commit or

facilitate the commission of a violation of 18 U.S.C. § 2320.  Further, the defendant

Ford was derived from proceeds obtained directly or indirectly as a result of the

commission of a violation of 18 U.S.C. § 2320.

It appearing that process was duly issued in this action and returned

according to law;

That the Warrant of Arrest *In Rem* was executed upon the defendant Ford

and defendant Chevrolet on July 23, 2012 (Docs. 8-9);

That on July 13, 2012, the United States commenced publication of this civil

forfeiture action on its official website, www.forfeiture.gov, for a period of 30

consecutive days, through and including August 11, 2012, as required by Supp'l

Rule G(4)(a)(I) and (iv)(C) (Doc.10);

That on July 17, 2012, the United States provided Notice of Forfeiture to

Patricia Randazzo, c/o Dennis K. Bayer, Esquire, and to John Randazzo, via

regular U.S. mail and Certified Mail;

That no entitled person has filed a claim, answer or defensive pleading

2

within the period prescribed by law; and

That on December 10, 2012, the Clerk of Court filed Entry of Default against the defendant Ford and defendant Chevrolet (Doc. 12).

Having achieved execution of process on the defendant Ford and defendant Chevrolet and publication as required by Supplemental Rule G(4) and Local Admiralty Rule 703(d), the United States is now entitled to a default judgment of forfeiture of the defendant Ford and defendant Chevrolet. Therefore, it is now

**ORDERED AND ADJUDGED:**

1.     That the United States' Motion for Default Judgment of Forfeiture (Doc. 13) is granted and the defendant Ford and defendant Chevrolet be and hereby are, forfeited to the United States of America, pursuant to 18 U.S.C. § 2323; and

2.     That the United States Marshals Service shall dispose of the defendant Ford and defendant Chevrolet in accordance with the law.

**DONE and ORDERED** this 11th day of January 2013.

_Howell W. Melton_
SENIOR UNITED STATES DISTRICT JUDGE

copies to:     AUSA Glober

John Randazzo, President
Apex Sign Builders Corporation
11 Wagon Wheel Place
Palm Coast, Florida 32164

3

Patricia Randazzo
c/o Dennis K. Bayer, Esquire
Nowell, Bayer & Maguire
Flagler Law Attorneys
100 South 6th Street, Suite 200
Flagler Beach, Florida 32136